```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

MAY 0 9 2001

Michael N. Milby
Clerk of Court

LEONARDO MARTINEZ §
§
　　　　Plaintiff §
§
VS §     B-01- 76
§
§
CAMERON COUNTY IRRIGATION §
DISTRICT NO.2 §
§
　　　Defendants §

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES & COUNSEL**

---

COMES NOW DEFENDANT, CAMERON COUNTY IRRIGATION DISTRICT NO. 2, and files this Certificate of Interested Parties:

Leonardo Martinez
P.O. Box 433
Santa Maria, Texas 78592
**Plaintiff**

Cameron County Irrigation District #2
216 S. Sam Houston
San Benito, Texas 78586
**Defendant**

RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
Associate Attorney
State Bar No. 24007960
So. Dist. ID No. 23774
DENTON, McKAMIE & NAVARRO
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)
**COUNSEL FOR DEFENDANT**

Defendant's Certificate of Interested Parties                                    Page 1

Respectfully submitted,

By: _____
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
MAURO F. RUIZ
Associate Attorney
State Bar No. 24007960
So. Dist. ID No. 23774

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 9th day of May, 2001.

Mr. Ruben Pena                          **Via CMRRR #7000 1670 0013 4634 0514**
LAW OFFICES OF RUBEN PENA
222 W. Harrison
Harlingen, Texas 78550

_____
RICARDO J. NAVARRO
MAURO F. RUIZ

r:\Martinez/interestepartiescertificate

Defendant's Certificate of Interested Parties                                    Page 2