5

United States District Court
Southern District of Texas
ENTERED

AUG 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MARTINEZ | § | CIVIL ACTION NO. B-01-107 |
| | § | |
| VS. | § | CONSOLIDATED WITH |
| | § | |
| CAMERON COUNTY IRRIGATION DISTRICT NO. 2 | § § | CIVIL ACTION NO. B-01-076 |

## ORDER CONSOLIDATING CASES

It appearing to the Court that Cause Number B-01-076 and Cause Number B-01-107 involve common questions of law and fact;

IT IS **ORDERED**, pursuant to Fed. R. Civ. P. 42(a), that Cause Number B-01-107, styled Jose Martinez vs. Cameron County Irrigation District No. 2, be consolidated with Cause No. B-01-076, styled Leonardo Martinez vs. Cameron County Irrigation District No. 2. All pleadings will be filed in Cause No. B-01-076.

SIGNED at Brownsville, Texas, this 24th day of August, 2001.

_____
John Wm. Black
United States Magistrate Judge