7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| Leonardo Martinez<br>Jose Martinez,<br>　　Plaintiffs,<br><br>v.<br><br>Cameron County Irrigation<br>District No. 2<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-01-076<br>consolidated with<br>B-01-107 |

### ORDER

BE IT REMEMBERED that on September 14, 2001, the Court **ORDERED** the Parties to resubmit their Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 5:00 p.m. on Friday, September 14, 2001.  Specifically, the Court **ORDERED** that the parties a) describe in more detail the facts of the case; b) state whether an attorney appeared on behalf of Plaintiff Jose Martinez during the telephone meeting of August 20, 2001; and c) state whether Mr. Pena represents both plaintiffs (see JD/CMP at 7 "Counsel for Plaintiff").

DONE at Brownsville, Texas, this 14th day of September 2001.

　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　　United States District Judge