9



## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
SEP 17 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 9 / 17 / 01 |
| TIME | 3:40 p.m.  —  3:46 p.m. |
| CIVIL ACTION | B-01-76 & 107 (consol.) |
| STYLE | Jose Martinez, Leonardo Martinez *versus* Cameron County Irrigation Dist. No. 2 |

DOCKET ENTRY

(HGT)  ☑ Initial Pre-Trial Hearing;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Mauro Ruiz (on behalf of Ricardo Navarro & Valerie Esparza)

Attorney(s) for Defendant(s):   Ruben Pena **(absent)**

===============================================================

   Case called. Defendant's attorney Ruben Pena not present and efforts to locate him failed. Mr. Carlos Hernandez (counsel in Pena's law firm) requested permission to stand in for him. The Court denied his request since he is not counsel of record and not familiar with the facts in this case. Mr. Ruiz apologized for neglecting to list himself as counsel of record. Mr. Navarro is to call the Court today to explain his absence. Mr. Ruiz asked for permission to file an answer to Plaintiff's Leonardo Martinez's complaint. Mr. Ruiz was advised that the Court requires compliance with the Local Rules and her Chamber Rules. Mr. Ruiz informed the Court that he had a copy of these Rules.

   **Comments:** Mr. Pena later appeared in open-court at 5:13 p.m. and apologized to the Court. Mr. Pena was admonished. Pre-trial conference will be rescheduled.

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts    ■ Lehrman |
| DATE | 9 / 17 / 01 |
| TIME | 3:40 p.m. — 3:46 p.m. |
| CIVIL ACTION | B-01-76 & 107 (consol.) |
| STYLE | Jose Martinez, Leonardo Martinez *versus* Cameron County Irrigation Dist. No. 2 |

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ☑ Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):     Mauro Ruiz (on behalf of Ricardo Navarro & Valerie Esparza)

Attorney(s) for Defendant(s):   Ruben Pena **(absent)**

===============================================

    Case called. Defendant's attorney Ruben Pena not present and efforts to locate him failed. Mr. Carlos Hernandez (counsel in Pena's law firm) requested permission to stand in for him. The Court denied his request since he is not counsel of record and not familiar with the facts in this case. Mr. Ruiz apologized for neglecting to list himself as counsel of record. Mr. Navarro is to call the Court today to explain his absence. Mr. Ruiz asked for permission to file an answer to Plaintiff's Leonardo Martinez's complaint. Mr. Ruiz was advised that the Court requires compliance with the Local Rules and her Chamber Rules.  Mr. Ruiz informed the Court that he had a copy of these Rules.

    Comments: Mr. Pena later appeared in open-court at 5:13 p.m. and apologized to the Court. Mr. Pena was admonished. Pre-trial conference will be rescheduled.