10

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Garza

LEONARDO MARTINEZ, et al §
§
§
versus § CIVIL ACTION NO: B: 01-076
§ *(Consolidated with B:01-107)*
§
CAMERON COUNTY IRRIGATION §
DISTRICT #2

# Order Resetting Conference

The initial pre-trial conference previously set for *September 17, 2001,* has been reset to:

## October 22, 2001 at 1:30 p.m.

Signed on _September 24_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge