# COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LEONARDO MARTINEZ AND § | |
| JOSE MARTINEZ § | |
| § | |
| VS. § | B-01-76 |
| § | |
| CAMERON COUNTY IRRIGATION, § | |
| IRRIGATION DISTRICT #2 § | |

## *MOTION TO SUBSTITUTE ATTORNEY APPEARING AT HEARING*

TO THE HONORABLE COURT:

COME NOW, **LEONARDO MARTINEZ** and **JOSE MARTINEZ**, Plaintiffs in the above-entitled and numbered cause, and file this Motion to Substitute Attorney Appearing at Hearing, pursuant to Rule 1 of the Local Rules of the United States District Court for the Southern District of Texas. Plaintiff wishes to substitute **MIGUEL SALINAS** for **RUBEN R. PEÑA** as the attorney who will appear at the Initial Pretrial Conference at 1:30 p.m. on Monday, October 22, 2001. **MIGUEL SALINAS** is a licensed attorney in the State of Texas, and is admitted to practice in the United States District Court for the Southern District of Texas. **MIGUEL SALINAS** is an associate attorney with **RUBEN R. PEÑA**, who is the attorney-in-charge for Plaintiffs. **RUBEN R. PEÑA** will remain as lead counsel for all other proceedings in this action.

WHEREFORE, Plaintiffs request that upon final hearing of this Motion, the Court enter an order granting Plaintiffs' Motion to Substitute Attorney Appearing at Hearing.

RRP:nez
D:\WPDOCS\Martinez, Leo\Mot-Subs.Atty for Hrg.wpd

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1416
State Bar No. 15740900

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, RUBEN R. PEÑA, hereby certify that on this the 17th day of October, 2001, a true and correct copy of the foregoing, Motion to Substitute Attorney Appearing at Hearing, has been forwarded, via facsimile and by certified mail, return receipt requested, to the undersigned:

Ric J. Navarro
Denton & Navarro
222 East Van Buren, Suite 405
Harlingen, Texas 78550

_____
RUBEN R. PEÑA

RRP:nez
D:\WPDOCS\Martinez, Leo\Mot-Subs.Atty for Hrg.wpd

Page -2-

## **CERTIFICATE OF CONFERENCE**

A conference has been held on the merits of this Motion:

[ ]   I have been unsuccessful in my attempt to contact opposing counsel.

[ ]   I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorneys have not returned my telephone calls or responded to my letter.

[ ]   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

[X]   Opposing counsel has agreed or is unopposed to Movants' request under this Motion.

_____
RUBEN R. PEÑA

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONARDO MARTINEZ AND JOSE MARTINEZ | § § § | |
| VS. | § | B-01-76 |
| CAMERON COUNTY IRRIGATION, IRRIGATION DISTRICT #2 | § § § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE ATTORNEY APPEARING AT HEARING

On this the _____ day of October, 2001 came on to be heard Plaintiffs' Motion to Substitute Attorney Appearing at Hearing. After the Court having heard the arguments of counsel and considered the same, and being of the opinion that said Motion is well taken, it is therefore,

ORDERED that Plaintiffs' Motion to Substitute Attorney Appearing at Hearing be, and is hereby **GRANTED** so that **MIGUEL SALINAS** may appear for **RUBEN R. PEÑA** for Plaintiffs at the Initial Pretrial Conference on Monday, October 22, 2001 at 1:30 p.m.

SIGNED FOR ENTRY on this _____ day of _____, 2001, in Brownsville, Texas.

_____
**JUDGE PRESIDING**

xc: Mr. Ruben R. Peña, 222 W. Harrison, Harlingen, Texas 78550
Mr. Ric Navarro, Denton & Navarro, 222 E. Van Buren, Suite 405, Harlingen, Texas 78550

RRP:nez
D:\WPDOCS\Martinez, Leo\Mot-Subs.Atty for Hrg.wpd