UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONARDO MARTINEZ | § | |
| JOSE MARTINEZ | § | |
| | § | |
| v. | § | B-01-76 |
| | § | |
| CAMERON COUNTY IRRIGATION, | § | |
| IRRIGATION DISTRICT #2 | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on October 22, 2001, the Court **DENIED** Plaintiffs' Motion to Substitute Attorney Appearing at Hearing [Dkt. No. 11].

DONE at Brownsville, Texas, this 22nd day of October, 2001.

Hilda G. Tagle
United States District Judge