IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LEONARDO MARTINEZ | § | |
| JOSE MARTINEZ | § | |
| | § | |
| v. | § | B-01-076 |
| | § | |
| CAMERON COUNTY IRRIGATION, | § | |
| IRRIGATION DISTRICT #2 | § | |

## ORDER

BE IT REMEMBERED that on October 22, 2001, the Court **ORDERED** Mr. Ruben Pena to appear instanter to show cause why he should not be held in contempt of Court. Mr. Pena has already been admonished once by this Court for failure to appear for an initial pretrial conference scheduled for September 17, 2001 [Dkt. No. 9]. The instant order is issued in response to Mr. Pena's second failure to appear for a scheduled initial pretrial conference in the above-styled case set for October 22, 2001.

DONE at Brownsville, Texas this 23$^d$ day of October, 2001.

Hilda G. Tagle
United States District Judge