14

United States District Court
Southern District of Texas
FILED

OCT 22 2001   1:30p

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONARDO MARTINEZ AND JOSE MARTINEZ | § § § | |
| VS. | § | B-01-76 |
| CAMERON COUNTY IRRIGATION, IRRIGATION DISTRICT #2 | § § § § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR CONTINUANCE OF INITIAL PRETRIAL HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs' Leonardo Martinez and Jose Martinez in the above-styled and - numbered cause, acting by and through their attorney of record, RUBEN R. PEÑA, and files this their Motion For Leave of Court to File their Plaintiff's Motion for Continuance of Initial Pretrial Hearing and would show as follows:

I.

This is currently set for initial pretrial hearing today, October 22, 2001 at 1:30

The Plaintiffs counsel is out of state on this day. As a result, the Plaintiffs request a continuance for Initial Pretrial Hearing for a date convenient to the court.

None of the parties are opposed to this continuance and none of the parties are opposed to this Motion.

II.

Plaintiffs Leonardo Martinez and Jose Martinez request that the Court permit their filing of

RRP:nez
D:\WPDOCS\Martinez, Leo\Mtn.leave.cont.wpd

their motion for continuance of initial pretrial hearing in order for them to preserve their rights.

>Respectfully submitted,
>
>**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
>P. O. Box 530160
>222 W. Harrison
>Harlingen, Texas 78550
>Telephone No. (956) 412-8200
>Facsimile No. (956) 412-8282
>
>BY: _/s/ Ruben Peña by per sg_
>**RUBEN R. PEÑA**
>Texas State Bar No. 07590500
>Cameron County I.D. No. 197101

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I, RUBEN R. PEÑA, do hereby certify that on the 22nd day of October, 2001, a copy of Plaintiffs' Motion For Leave to File their Motion for Continuance of Initial Pretrial Hearing was served upon the following:

Ric J. Navarro
Valerie Esparza
Denton & Navarro
222 East Van Buren, Suite 405
Harlingen, Texas 78550

_/s/ Ruben Peña by per sg_
**RUBEN R. PEÑA**

RRP:nes
D:\WPDOCS\Martinez, Leo\Mtn.leave.cont.wpd

2

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion with the following counsel and:

[ ]   I have been unsuccessful in my attempt to contact opposing counsel.

[ ]   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

[X]   Opposing counsel has agreed or is unopposed to Plaintiffs' request under this Motion.

_____
RUBEN R. PEÑA

RRP:ncz
D:\WPDOCS\Martinez, Leo\Mtn.leave.cont.wpd

3