/5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 22 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LEONARDO MARTINEZ AND | § | |
| JOSE MARTINEZ | § | |
| | § | |
| VS. | § | B-01-76 |
| | § | |
| CAMERON COUNTY IRRIGATION, | § | |
| IRRIGATION DISTRICT #2 | § | |

## UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL HEARING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW **LEONARDO MARTINEZ AND JOSE MARTINEZ** in the above-entitled and numbered cause, and pursuant to F.R.C.P. 16(b)(2) and 16(b)(5), file this their Unopposed Motion for Continuance of Initial Pretrial Hearing and in support thereof would respectfully show the Court as follows:

**I.**

Initial Pretrial Hearing is currently scheduled for today, Monday, October 22, 2000 at 1:30 p.m. **II.**

Plaintiffs, Leonardo Martinez and Jose Martinez' counsel is out of state on this day. As a result, the Plaintiffs requests a continuance for Initial Pretrial Hearing for a date convenient to the court.

None of the parties are opposed to this continuance and none of the parties are opposed to this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Leonardo Martinez and Jose Martinez pray that this Honorable Court grant its Unopposed Motion for Continuance of Initial

1

Pretrial Hearing and for such other and further relief, at law or in equity, which these Plaintiffs may be justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
222 W. Harrison
Harlingen, Texas 78550
Telephone (956) 412-8200
Facsimile (956) 412-8282

By: _____
      **RUBEN R. PEÑA**
      Texas Bar No. 15740900
      Federal ID.# 1216

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

This is to certify that all attorneys of record have conferred regarding the substance of this Motion. Attorney for Plaintiffs and Defendant have no objection to the entry of said Order.

_____
**RUBEN R. PEÑA**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been forwarded on this the _22_ day of October, 2000, to:

    Ric J. Navarro
    Denton & Navarro
    222 East Van Buren, Suite 405
    Harlingen, Texas 78550

_____
**RUBEN R. PEÑA**

2