16

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONARDO MARTINEZ AND JOSE MARTINEZ | § § § | |
| VS. | § § | B-01-76 |
| CAMERON COUNTY IRRIGATION, IRRIGATION DISTRICT #2 | § § | |

**ORDER GRANTING CONTINUANCE OF INITIAL PRETRIAL HEARING**

On this day the Court considered the Unopposed Motion for Continuance of Initial Pretrial Hearing and after considering the motion and arguments of counsel, the Court believes that the Motion should be ~~GRANTED~~ Denied. ~~It is therefore~~

~~ORDERED, ADJUDGED AND DECREED that the following Initial Pretrial Hearing be reset for ____ day of _____ at _____ . ___.M.~~

Signed: October 22, 2001.

_____
JUDGE PRESIDING