UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONARDO MARTINEZ | § | |
| JOSE MARTINEZ | § | |
| | § | |
| v. | § | B-01-76 |
| | § | |
| CAMERON COUNTY IRRIGATION, | § | |
| IRRIGATION DISTRICT #2 | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on October 24, 2001, after a hearing to show cause why he should not be held in contempt of Court, the Court **ORDERED** that Mr. Ruben Pena is hereby in contempt of Court for his failure to attend the initial pretrial conference in this case scheduled for October 22, 2001. The failure to attend occurred after Mr. Pena was previously admonished by the Court for his failure to appear at the initial pretrial conference as originally scheduled for September 17, 2001. The Court hereby imposes the following sanction: Mr. Ruben Pena is **ORDERED** to contact the Cameron County Bar Association and make himself available to speak at a course or other Bar-sponsored function for young lawyers on the subject of courtroom decorum. Mr. Pena will send copies of all correspondence with the Cameron County Bar Association directly to the Court in order to apprise the Court of his efforts to speak on the topic.

DONE this 24th day of October, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge