19

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

OCT 24 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 10 / 24 / 2001 |
| TIME | 9:50 a.m. — 10:05 a.m. |
| CIVIL ACTION | B / 01 / 76 & 107 |
| STYLE | Jose & Leonardo Martinez *versus* Cameron County Irrigation District |

**DOCKET ENTRY**

(HGT) ☑ Show Cause Hearing;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):

    Ruben Pena, pro se

☑ Rulings orally rendered on:

Mr. Pena was ordered on 10/22/01 to appear instanter to show cause why he should not be held in contempt of court. He did not come to hearings on 9/17/01 and 10/22/01. He appeared to show cause on 10/24/01. The Court informed him of the purpose of the hearing. The Court informed Mr. Pena that it has a large range of options for sanctions. The Court noted that Pena has no attorney. The Court asked if he is prepared to called someone to represent him. He said no. The Court said she is seriously considering sanctioning him for the motion to substitute. Mr. Pena's Motion to Substitute Counsel gives no basis, and no effort was made to inform the Court of any conflict. Also he did this on 9/17/01, when he sent someone in his place who did not know anything about the facts of the case. The Court did not sanction him for 9/17/01. To fail to

appear a second time shows disrespect to the Court. This second time is an affront to the Court, and it was only a short period of time. The Court asked Mr. Pena for his reason for thinking he could simply substitute a counsel without clearing it with the Court. The Court informed him that the Motion for continuance is date-stamped October 22, 2001. Mr. Pena said he filed it the previous Wednesday. The Court disagreed and the read from the motion that said the hearing for which he was asking for a continuance was "today" Oct. 22, 2001. The Court then asked when he was informed of the show cause order. Mr. Pena replied that he was informed late Monday evening. The Court asked why he did not contact the Court until today (Wednesday). He said he got here as soon as he could. He did not know he was supposed to call. The Court stated that the least he could have done is call and give an explanation. The Court asked why Mr. Pena was in North Carolina. He replied that his son and daughter-in-law had a child. He assumed that if he was able to get Mr. Salinas up to speed, that was the proper thing to do to have someone appear in his stead. The Court said he should have immediately informed the Court that he had a conflict, and he did not ask permission. The Court stated that she finds his explanation unacceptable, and would expect this behavior from someone who is newly licensed, not someone who has been practicing for 20 years. The Court stated that on 9/17/01 she specifically told him not to unilaterally decide what is appropriate in this case. The Court had not ruled on his motion and he decided unilaterally that the motion would be granted. The Court asked him to explain the difference between what he did at the 9/17/01 and 10/22/01 hearings. Mr. Pena said that the difference is that for the second hearing he had sent someone who was prepared. He understood that he had an obligation to the Court. He advised the Court that he was unavailable, and he thinks that sending someone who is prepared was sufficient. The Court said that simply because someone files a motion does not mean it is granted; there is no basis for believing that. The Court **FINDS** that Mr. Pena is in contempt of Court. Mr. Pena is **ORDERED** to contact the Cameron County Bar Association to speak at a function for young lawyers about courtroom decorum. Mr. Pena is to copy the Court on all correspondence. The Bar Association does not have to know that this is a sanction, but she wants to see his effort in attempting to speak on that topic. The Court asked if he had anything else to say. Mr. Pena said he would do exactly as the Court asked.