2t

United States District Court
Southern District of Texas
ENTERED
OCT 25 2001
Michael N. Milby, Clerk of C
Deputy Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Leonardo Martinez and Jose Martinez,　§ | |
| 　　　Plaintiffs　　　　　　　　　　§ | |
| *versus*　　　　　　　　　　　　　§ | CIVIL ACTION B-01-76 |
| Cameron County Irrigation District No. 2,　§ | (Consolidated |
| 　　　Defendant　　　　　　　　　　§ | with B:01-107) |

### Scheduling Order

1. Trial:   Estimate time to try:   3–4 days.　　　☐ Bench　　☒ Jury

2. New parties must be joined by:　　　　　　　　**October 31, 2001**

   *Furnish a copy of this scheduling order to new parties.*

3. The Plaintiff's experts will be named with a report furnished by:   **December 15, 2001**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:　　　　　　　**December 31, 2001**

   *Counsel may agree discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:　　　　　　**January 25, 2002**

7. Joint pretrial order is due:　　　　　　　　　　_3-21-02_

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   _4-4-02_

9. Jury Selection is set for 9:00 a.m. on:　　　　　_4-8-02_

The case will remain on standby until tried.

Signed on _October 25_, 2001, at Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　_Hilda Tagle_
　　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　　　United States District Judge