UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LEONARDO MARTINEZ AND | § | |
| JOSE MARTINEZ | § | |
| | § | |
| VS. | § | B-01-76 |
| | § | |
| CAMERON COUNTY IRRIGATION, | § | |
| IRRIGATION DISTRICT #2 | § | |

### ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this the ____ day of February, 2002 came on to be heard Plaintiffs' Motion to Extend Time to Respond to the Defendant's Motion for Summary Judgment, and after the Court having considered the same, and being of the opinion that said Motion is well taken, it is therefore,

ORDERED that Plaintiffs' Motion to Extend Time to Respond to the Defendant's Motion for Summary Judgment is hereby **GRANTED**. Counsel is ordered to file a response no later than February 23, 2002.

SIGNED FOR ENTRY on this ____ day of _____, 2002, in Brownsville, Texas.

_____
JUDGE PRESIDING

xc:  Mr. Ruben R. Peña, 222 W. Harrison, Harlingen, Texas 78550
     Mr. Ric Navarro, Denton & Navarro, 222 E. Van Buren, Suite 405, Harlingen, Texas 78550

RRP:nez
D:\WPDOCS\Martinez, Leo\MtExt.Tme.wpd