25

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **LEONARDO MARTINEZ** | § | |
| **JOSE MARTINEZ** | § | |
| | § | |
| | § | |
| v. | § | C.A. B-01-76 |
| | § | (consolidated with |
| | § | C.A. B-01-107) |
| **CAMERON COUNTY IRRIGATION,** | § | |
| **IRRIGATION DISTRICT #2** | § | |

## ORDER

BE IT REMEMBERED that on February ___22___, 2002, the Court **REFERRED** the case to Judge Felix Recio for mediation. The Court reminds the Parties that at the initial pretrial conference held on October 22, 2001, the Court announced its intention to refer this case to Judge Felix Recio for mediation [Dkt. No. 17]. At that time the Court ordered the Parties to report to the Court by November 15, 2001 whether mediation would be most appropriate by the end of the year (2001) or in the new year (2002) [Id.]. The Parties failed to do so.

At the pretrial conference, Defendant's Attorney, Ricardo Navarro, indicated to the Court that Defendant wished to file a dispositive motion before going to mediation. [Id.]. A dispositive motion having been filed by Defendant [Dkt. No. 21], and the discovery deadline having passed [Dkt. No. 20], the case is hereby **REFERRED** to Judge Felix Recio for mediation. Because this case is set for docket call on April 4, 2002, the mediation shall be conducted no later than March 15, 2002.

The Parties are reminded that failure to comply with an order of the Court may result in sanctions.

DONE this _____ day of February, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge