United States District Court
Southern District of Texas
FILED

MAR 12 2002

Michael N. Milby
Clerk of Court

## Felix Recio, Judge Presiding
## Southern District of Texas, Brownsville Division

Date: March 12, 2002, 1:00 p.m. to 5:00 p.m..

---

### C.A. NO. B-01-076 (HGT)

| | | |
|---|---|---|
| LEONARDO MARTINEZ | * | Ruben R Pena |
| And JOSE MARTINEZ | * | " |
| vs | * | |
| CAMERON COUNTY IRRIGATION | * | Ricardo J Navarro & Brad Sheilds |
| DISTRICT NO. 2 | | |

C.A. NO. B-01-107
(CONSOLIDATED WITH B-01-076)

| | | |
|---|---|---|
| JOSE MARTINEZ | * | Ruben R Pena |
| VS | * | |
| CAMERON COUNTY IRRIGATION | * | Ricardo J Navarro & Brad Sheilds |
| DISTRICT NO. 2 | | |

---

### MEDIATION MINUTES

Plaintiffs appeared with attorney Ruben Pena.

Sonia Kaniger, General Manager for CAMERON COUNTY IRRIGATION, Ovi Atkinson, Chairman of the Board for CAMERON COUNTY IRRIGATION, and Mary Potts, Adjuster for the Texas Municipal League, appeared with attorneys Richard J. Navarro and Brad Sheilds.

Mediation held before Magistrate Judge Recio.

CASE SETTLED.