IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LEONARDO MARTINEZ and JOSE MARTINEZ, <br> Plaintiffs <br><br> VS. <br><br> CAMERON COUNTY IRRIGATION DISTRICT NO. 2, <br> Defendant | Civil Action No. B-01-076 <br><br> (consolidated with B-01-107) |

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE THEIR CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANT CAMERON COUNTY IRRIGATION DISTRICT #2

May It Please The Court:

COME NOW, PLAINTIFFS, by and through undersigned counsel of record, and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, file this Motion to Dismiss the claims and causes of action contained in this litigation against DEFENDANT CAMERON COUNTY IRRIGATION DISTRICT #2, with prejudice to refiling of same.

### Mutual Settlement & Release

The claims and causes of action contained in this litigation, or which could have been contained in this litigation have been resolved by a mutual settlement and release of the PARTIES. One of the terms of the settlement is that this litigation be dismissed with prejudice to refiling of same.

## Certificate of Conference

PLAINTIFFS' counsel has conferred with all other counsel of record in this action, including defense counsel and there are no objections to this dismissal. This is further reflected by the signatures to this motion for dismissal.

### CONCLUSION & PRAYER

Therefore, PLAINTIFFS' hereby moves to dismiss, with prejudice, the claims and causes of action which are the subject of this lawsuit against DEFENDANT CAMERON COUNTY IRRIGATION DISTRICT #2. PLAINTIFFS and DEFENDANT request entry of an Order acknowledging that this matter has been dismissed with prejudice.

SIGNED on the 20 day of March, 2002.

Respectfully submitted,

**LAW OFFICES OF RUBEN PENA**
222 W. Harrison
Harlingen, Texas 78550
956/412-8200 (gen)
956/412-8282 (fax)

By: _____
RUBEN PENA
Attorney in Charge
State Bar No. 15740900
So. Dist. ID No. 1216
COUNSEL FOR PLAINTIFFS

APPROVED AS TO FORM & CONTENT:

DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

By:
RICARDO J. NAVARRO
Attorney in Charge
State Bar No. 14829100
So. Dist. ID No. 5953
COUNSEL FOR DEFENDANT
CAMERON COUNTY IRRIGATION
DISTRICT NO. 2

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 20 day of March, 2002.

Ricardo J. Navarro
DENTON, NAVARRO & BERNAL
A Professional Corporation
Bank of America Building
222 East Van Buren, Suite 405
Harlingen, Texas 78550
COUNSEL FOR DEFENDANT
CAMERON COUNTY IRRIGATION
DISTRICT NO. 2

RUBEN PENA