**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **LEONARDO MARTINEZ** | § | |
| **JOSE MARTINEZ** | § | |
| | § | |
| v. | § | B-01-076 |
| | § | |
| **CAMERON COUNTY IRRIGATION,** | § | |
| **IRRIGATION DISTRICT #2** | § | |

**ORDER**

BE IT REMEMBERED that on March 27, 2002, the Court considered the Plaintiffs' Motion to Dismiss with Prejudice Their Claims and Causes of Action Against Defendant Cameron County Irrigation District #2 [Dkt. No. 30]. The Court, having been advised by counsel that a settlement has been reached and having considered that the motion is signed by all Parties, **DISMISSED** the case with prejudice. All Parties shall bear their own costs.

The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas this 27th day of March, 2002.

Hilda G. Tagle
United States District Judge